# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148754(31)

AMY REECE BOLZ, a/k/a AMY REELE,
    Plaintiff-Appellant,

v

                                                 SC: 148754
                                                 COA: 319535
                                                 Washtenaw CC Family Division:
                                                 11-001670-DM

JOHN R. BOLZ,
    Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 4, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



d0721

Clerk